LNE 2.24.26
GBC: USAO 2026R00066

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. LEMON,<br>Defendant. | CRIMINAL NO. ABA 26cr85<br><br>(Unlawful Possession of a Machinegun, 18 U.S.C. § 922(o); Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)) |

USDC-BALTIMORE
'26 MAR 4 PM 4:28

## INDICTMENT

### COUNT ONE
(Unlawful Possession of a Machinegun)

The Grand Jury for the District of Maryland charges that:

On or about December 30, 2025, in the District of Maryland, the Defendant,

**MICHAEL T. LEMON,**

did knowingly possess a machinegun, as that term is defined in 26 U.S.C. §5845(b); that is, a Glock pistol, model 23, .40 caliber, bearing serial number DVK709US, which was equipped with a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

18 U.S.C. § 922(o)
26 U.S.C. § 5845(b)
18 U.S.C. § 924(a)(2)

LNE 2.24.26
GBC: USAO 2026R00066

## COUNT TWO
### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about December 30, 2025, in the District of Maryland, the Defendant,

**MICHAEL T. LEMON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Glock pistol, model 23, .40 caliber, bearing serial number DVK709US, and approximately twenty-three (23) rounds of .40 caliber ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

LNE 2.24.26
GBC: USAO 2026R00066

# FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Counts One or Two of this Indictment.

## Firearms and Ammunition Forfeiture

2. Upon conviction of the offenses alleged in Counts One or Two of this Indictment, the Defendant,

**MICHAEL T. LEMON**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offenses, including but not limited to a Glock pistol, model 23, bearing serial number DVK709US, a machinegun conversion device attached thereto, and a large-capacity magazine loaded therein, and approximately twenty-three (23) rounds of .40 caliber ammunition.

## Substitute Assets

3. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Kelly O. Hayes /GBC*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

3/4/26
Date

4